**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Kenneth L. BOWDEN, Defendant-Appellant.**

**No. 24573.**

United States Court of Appeals
Ninth Circuit.

Oct. 20, 1969.

Hardy Myers, Jr. (argued), Rives & Schwab, Portland, Or., for appellant.

Tommy Havtz (argued), Asst. U. S. Atty., Sidney I. Lezak, U. S. Atty., William B. Borgeson, Asst. U. S. Atty., Portland, Or., for appellee.

### ORDER

Before BROWNING and DUNIWAY, Circuit Judges, and TAYLOR*, District Judge.

PER CURIAM.

We have examined the record and are satisfied that the evidence was sufficient to support the trial court's determination that defendant's confession was voluntary. The judgment is affirmed.

---

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Willian Russell WEBB, Defendant-Appellant.**

**No. 27038.**

United States Court of Appeals
Fifth Circuit.

Oct. 22, 1969.

Philip L. Kitchen (Ct.Apptd.), New Orleans, La., for appellant.

Louis C. LaCour, U. S. Atty., George P. Hand, Jr., Asst. U. S. Atty., New Orleans, La., for appellee.

Before JOHN R. BROWN, Chief Judge, and JONES and CARSWELL, Circuit Judges.

PER CURIAM:

There was a time when the questions raised on this appeal were novel and the contentions made by the appellant were plausible. At this time the questions have been well settled and decided contrary to the appellant's contentions. Therefore, the judgment of conviction and sentence is

Affirmed.

---

\* Honorable Fred M. Taylor, United States District Judge for the District of Idaho, sitting by designation.